ACCEPTED
15-25-00133-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/9/2026 12:07 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00133-CV

**In The Fifteenth Court of Appeals**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/9/2026 12:07:15 PM
CHRISTOPHER A. PRINE
Clerk

DAWN BUCKINGHAM, M.D., AS THE LAND COMMISSIONER OF THE TEXAS GENERAL LAND OFFICE,

Appellant

v.

LONE OAK CLUB, LLC,

Appellee.

Appeal from Cause No. CV27446-A in the 253rd District Court of Chambers County, Texas

**APPELLEE'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Comes Now, Appellee, Lone Oak Club, LLC, and files Appellee's Unopposed Motion for an Extension of Time to File Appellee's Brief and, by such motion, would respectfully show as follows:

1.     The current deadline for filing Appellee's Brief is January 21, 2026.

2.     The Court has authority under TEX. R. APP. P. 38(d) to extend the time to file a brief.

1

3. This extension is requested because Appellee's attorney is unable to complete the brief by the due date for the following reasons:

- Appellee's undersigned counsel is a sole practitioner, and as a result of the Christmas Holidays and other family holiday commitments, he was unable to work on Appellee's Brief during the period of December 23, 2025, through January 5, 2026;

- Since January 5, 2026, Appellee's counsel has been unable to complete the brief due to prior work deadlines in Cause No. 202526274, *San Saba Energy, LP, et al v. Ballard Exploration Company, Inc.*, in the 164th District Court of Harris County, Texas – namely, reviewing for relevance and privilege for his client's production thousands of pages of documents, including thousands of emails and text messages, which tasks will consume at least another week or more.

4. Appellee respectfully requests a thirty (30) day extension of time to file Appellee's Brief, which would make **Appellee's Brief due on or before February 20, 2026**.

5. Appellant is unopposed to the Court granting Appellee's motion to extend the time for the filing of Appellee's Brief.

6. This is Appellee's first motion for an extension of time for the filing of its brief. This request is not made for the purposes of delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellee, Lone Oak Club, LLC respectfully prays that this Court grant this motion and enter an Order extending the time for filing Appellee's Brief to **February 20, 2026**.

Respectfully submitted,

THE NORWOOD LAW FIRM

By:  /s/  E. R. Norwood
      E. R. Norwood
      State Bar No. 15113500
      340 Main Street
      Liberty, Texas 77575
      Telephone: 936-336-3700
      Facsimile:  936-336-7634
      enorwood@ednorwoodlaw.com

ATTORNEY FOR APPELLEE,
LONE OAK CLUB, LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Mr. Ken Slavin, counsel for Appellant, by email on January 8, 2026.  Counsel for the Appellant, Mr. Slavin, stated that Appellant is not opposed to this motion.

/s/  E. R. Norwood
E. R. Norwood

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following opposing counsel by Electronic Service on this 9th day of January, 2026:

Ken Slavin
State Bar No. 18496100
KEMP SMITH LLP
221 North Kansas, Suite 1700
El Paso, Texas 79901
Ken.Slavin@kempsmith.com
Deborah C. Trejo
State Bar No. 24007004
KEMP SMITH LLP
2905 San Gabriel St., Suite 205
Austin, Texas 78705
Deborah.Trejo@kempsmith.com

*Attorneys for Appellant, Dawn Buckingham, M.D., as Commissioner of the Texas General Land Office*

/s/   E. R. Norwood
E. R. Norwood

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 109865870
Filing Code Description: Motion
Filing Description: Appellee's Unopposed Motion for an Extension of Time to File Appellee's Brief
Status as of 1/9/2026 12:37 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Deborah Trejo | | deborah.trejo@kempsmith.com | 1/9/2026 12:07:15 PM | SENT |
| Rachel Moreno | | rachel.moreno@kempsmith.com | 1/9/2026 12:07:15 PM | SENT |
| Greta Duran | | greta.duran@kempsmith.com | 1/9/2026 12:07:15 PM | SENT |
| Sharnezia Mitchell | | sharnezia.mitchell@kempsmith.com | 1/9/2026 12:07:15 PM | SENT |
| Terry Castillo | | terry.castillo@kempsmith.com | 1/9/2026 12:07:15 PM | SENT |
| Ken Slavin | | ken.slavin@kempsmith.com | 1/9/2026 12:07:15 PM | SENT |
| Ed Norwood | | enorwood@ednorwoodlaw.com | 1/9/2026 12:07:15 PM | SENT |